IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC A. PARDOE,<br><br>    Plaintiff,<br><br>v.<br><br>UNIFUND CCR, LLC,<br><br>    Defendant. | Civil Action No. 20-1812 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Unifund CCR, LLC ("Unifund") is removing the civil action captioned *Marc A. Pardoe v. Unifund CCR, LLC*, pending in the Court of Common Pleas of Fayette County, Pennsylvania at Case Number 1829 of 2020, to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

**I.    INTRODUCTION**

1. On October 15, 2020, Plaintiff Marc A. Pardoe ("Plaintiff") initiated this civil action by filing a Complaint in Civil Action against Unifund in the Court of Common Pleas of Fayette County, Pennsylvania at Case Number 1829 of 2020. The Complaint in Civil Action was served on Unifund on October 23, 2020. A true and correct copy of the Complaint in Civil Action is attached hereto as **Exhibit A**. A true and correct copy of Plaintiff's Proof of Service by Certified Mail on Defendant Pursuant to PA.R.C.P. 405(c) is attached hereto as **Exhibit B**.

2. Plaintiff's Complaint in Civil Action alleges that Unifund violated the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.*, by unlawfully bringing a legal action against Plaintiff, by making false representations and engaging in deceptive conduct, and by engaging in unfair or unconscionable means to collect or attempt to collect a debt.

Plaintiff's Complaint in Civil Action asserts a cause of action for violations of the FDCPA, 15 U.S.C. §§ 1692a(3), (5), and (6), 1692i, 1692e, and 1692f (Compl., Count I).  Plaintiff's Complaint in Civil Action seeks actual damages, statutory damages, attorneys' fees and costs, and declaratory relief.  (Compl., Prayer for Relief).

**II.     THIS COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION OF THIS CIVIL ACTION PURSUANT TO 28 U.S.C. § 1331.**

3.     This Court has original jurisdiction over Plaintiff's claims for violations of the FDCPA (Compl., Count I) pursuant to 28 U.S.C. § 1331 because the federal courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," 28 U.S.C. § 1331, and this civil action (*see,* Compl., Count I) arises under the FDCPA, a federal law.  *See, e.g., Zimmerman v. HBO Affiliate Group*, 834 F.2d 1163 (3d Cir. 1987).

**III.    UNIFUND HAS SATISFIED THE PROCEDURAL AND VENUE REQUIREMENTS FOR REMOVAL.**

4.     Plaintiff's Complaint in Civil Action was served on Unifund on October 23, 2020.  Therefore, removal is timely pursuant to 28 U.S.C. § 1446(b).  28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading.").

5.     The Court of Common Pleas of Fayette County, Pennsylvania is located within the Western District of Pennsylvania, *see*, 28 U.S.C. § 105(b), and venue for this action is proper in the Western District of Pennsylvania pursuant to 28 U.S.C. § 1441(a) because the Western District of Pennsylvania is the "district and division embracing the place where such action is pending."

6. Immediately following the filing of this Notice of Removal, Unifund will file a Notice of Filing Notice of Removal in the Court of Common Pleas of Fayette County, Pennsylvania and serve the same upon Plaintiff as required by 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Filing Notice of Removal (without Exhibit) is attached hereto as **Exhibit C**.

IV. **NON-WAIVER AND RESERVATION**

7. By removing this civil action to this Court, Unifund does not waive any defenses, objections, or motions available under state or federal law. Unifund expressly reserves the right to move for dismissal of some or all of Plaintiff's claims and/or seek dismissal of Plaintiff's claims on grounds of lack of personal jurisdiction, improper venue, or under the doctrine of forum *non conveniens*.

WHEREFORE, Defendant Unifund CCR, LLC hereby gives notice that the civil action captioned *Marc A. Pardoe v. Unifund CCR, LLC* pending in the Court of Common Pleas of Fayette County, Pennsylvania at Case Number 1829 of 2020 is removed to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Respectfully submitted,

Dated: November 20, 2020

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5861 (t)
412.281.5055 (f)
nicholas.godfrey@dinsmore.com

*Counsel for Defendant Unifund CCR, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served upon the following this 20th day of November, 2020 by the Court's CM/ECF System and/or U.S. Mail, First Class, and E-Mail:

>Mark G. Moynihan, Esq.
>Moynihan Law, P.C.
>2 Chatham Center, Suite 230
>Pittsburgh, PA 15219
>
>*Counsel for Plaintiff Marc A. Pardoe*

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.