# IN THE UNITED STATED DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARC A. PARDOE,   Case No. 2:20-cv-01812-JFC

    Plaintiff.

v.

UNIFUND CCR, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff files this notice of settlement to notify the Court that the parties have resolved this case. The parties anticipate filing a stipulation of dismissal within thirty (30) days of this notice.

Respectfully submitted,

MOYNIHAN LAW PC

Dated: February 5, 2021   By:   /s/ Mark G. Moynihan
Mark G. Moynihan, Esq.
PA ID No. 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
(412) 889-8535

*Counsel for Plaintiff Marc A. Pardoe*