**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARC A. PARDOE, | ) | Civil Action No. 2:20-1812 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNIFUND CCR, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

AND NOW, come all parties, by and through their respective counsel, and hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, and the Court is requested to enter an appropriate Order for the purpose of accomplishing the same. The parties further stipulate that each party shall bear the party's own attorney's fees and costs.

Respectfully submitted,

| MOYNIHAN LAW PC | DINSMORE & SHOHL LLP |
|---|---|
| /s/ Mark G. Moynihan | /s/ Nicholas J. Godfrey |
| Mark G. Moynihan | Nicholas J. Godfrey |
| PA ID No. 307622 | PA ID No. 312031 |
| 2 Chatham Center, Suite 230 | 1300 Six PPG Place |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (412) 889-8535 | 412.288.5861 |
| mark@moynihanlaw.net | nicholas.godfrey@dinsmore.com |
| *Counsel for Plaintiff Marc A. Pardoe* | *Counsel for Defendant Unifund CCR, LLC* |

Dated: February 26, 2021