# IN THE UNITED STATED DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC A. PARDOE, | ) | Civil Action No. 2:20-1812 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNIFUND CCR, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this __2nd__ day of __March__, 20__21__, upon consideration of the Stipulation of Dismissal filed by counsel for the parties, it is hereby ORDERED that the above-referenced matter has been settled and is dismissed with prejudice.

BY THE COURT:

s/Joy Flowers Conti_____J.
Hon. Joy Flowers Conti,
Senior U.S. District Judge